UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
|---|---|---|
|  | ) |  |
| v. | ) | CASE NO. 4:11-CR-12 |
|  | ) |  |
| CARRIE BECK | ) |  |

## **O R D E R**

On December 13, 2011, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of the Indictment in exchange for the undertakings made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant shall remain in custody pending sentencing in this matter (Doc. 399). Neither party filed an objection within the given fourteen days.

After reviewing the record, the Court **ACCEPTS IN PART and REJECTS IN PART** the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment, in exchange for the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday, March 12, 2012, at 2:00 pm.** The Court **REJECTS** the alternate date for sentencing of Monday, April 23, 2012. The Court's calendar is far too congested to accommodate alternative dates. If counsel has a conflict with the date of March 12, 2012, they shall file a motion with the Court for a new date.

    **SO ORDERED.**

    **ENTER:**

                                      */s/ Harry S. Mattice, Jr.*
                                    HARRY S. MATTICE, JR.
                                UNITED STATES DISTRICT JUDGE